IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES, for the use and benefit of HAMBRIC STEEL AND FABRICATION, INC., and HAMBRIC STEEL AND FABRICATION, INC., | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Case No.: 4:21-cv-00089-CDL |
| LEEBCOR SERVICES, LLC, and THE CINCINNATI INSURANCE COMPANY, | * * * * | |
| Defendants. | * | |

**JOINT PROPOSED SCHEDULING AND LIMITED
DISCOVERY ORDER RELATED TO EVIDENTIARY HEARING**

In accordance with the Court's October 6, 2021 Text Order [ECF No. 47], the Parties have

conferred and jointly developed this Proposed Scheduling and Limited Discovery Order Related

to Evidentiary Hearing containing deadlines and limitations as follows:[1]

**I.     Document Discovery**

The Parties shall produce documents responsive to the three below requests on or before

**October 25, 2021**.

1.     All documents and communications relating to the negotiation and amendment of, and

agreement to, the Subcontract Agreement, Firm Fixed Price, ECF No. 31-1, entered

---

[1] This limited discovery is to be taken without prejudice to discovery taken in the normal course. In other words, each Party agrees not to use this agreed discovery as a basis for objecting to future discovery, i.e., each Party may depose the respective declarant at a future date to be determined pursuant to the Federal Rules of Evidence.

into between Hambric Steel and Fabrication, Inc. and Leebcor Services, LLC before December 2020.

2.      All documents and communications relating to the alleged delivery of materials to the Fort Benning Project (which is the subject of this litigation) on June 2, 2020.

3.      All documents and communications relating to work done on or deliveries to the Fort Benning Project (which is the subject of this litigation) by Hambric Steel and Fabrication, Inc. on or after June 1, 2020.

## II.      Witness Lists

On or before **October 25, 2021,** the Parties shall produce a list of all witnesses they may call at the November 16, 2021 evidentiary hearing referenced in the October 6, 2021 Text Order. Any objections to those witnesses that cannot be resolved between the Parties shall be filed with the Court no later than **October 29, 2021**.  Responses to any such objections shall be filed with the Court on or before **November 3, 2021**.

## III.      Depositions

Starting the week of **November 1, 2021**, at dates and times to be agreed, each party may take via Zoom two (2) hour depositions of Rick Hambric, Jr., Jacob Zervakis and any other witnesses listed on the Parties' respective witness lists to which no objection has been filed and sustained.  Absent agreement of the Parties or further order of the Court, this deposition discovery shall be concluded on or before **November 9, 2021**.

[SIGNATURES ON THE FOLLOWING PAGE]

Respectfully submitted this 13th day of October, 2021.

CHAMBERLAIN, HRDLICKA, WHITE
WILLIAMS & AUGHTRY

/s/ John C. Guin
Seth R. Price
Ga. Bar No. 587841
John C. Guin
Ga. Bar No. 219846
191 Peachtree Street, NE, 46th Floor
Atlanta, Georgia  30303
P:  404-659-1410
seth.price@chamberlainlaw.com
john.guin@chamberlain.law.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C. | NORTON ROSE FULBRIGHT US LLP |
| | |
| /s/ Thomas F. Gristina | /s/ Thomas A. Coulter |
| Thomas F .Gristina | Thomas A. Coulter |
| Ga. Bar No. 452454 | Va. Bar No. 46532 (Admitted PHV) |
| Alex M. Shalishali | Katherine G. Connolly |
| Ga. Bar No. 386182 | D.C. Bar No. 1048518 (Admitted PHV) |
| Jack P. Schley | Brian Stolarz |
| Ga. Bar No. 891829 | DC Bar No. 466160 (Admitted PHV) |
| 1111 Bay Avenue, Third Floor | 799 9th Street NW, Suite 1000 |
| P. O. Box 1199 | Washington, DC  20001-4501 |
| Columbus, Georgia 31902 | P:  202-662-4765 |
| P:  706-324-0251 | F:  202-662-4643 |
| F:  706-243-0417 | tom.coulter@nortonrosefulbright.com |
| tfg@psstf.com | katie.connolly@nortonrosefulbright.com |
| ams@psstf.com | brian.stolarz@nortonrosefulbright.com |
| jps@psstf.com | |

*Attorneys for Defendants*

## **ORDER**

The Court, having reviewed the information contained in the Joint Proposed Scheduling and Limited Discovery Order Related to Evidentiary Hearing completed and filed jointly by the parties to this action, hereby adopts the parties' plan and makes it the order of the Court.

IT IS SO ORDERED, this 13th day of October, 2021.

S/Clay D. Land
CLAY D. LAND, JUDGE
U.S. DISTRICT COURT